UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VIET NGUYEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:18-cv-0527-MHH-TMP |
| KIRSTJEN NIELSEN, et al., | ) ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This case is before the Court on the respondents' May 21, 2018 motion to dismiss (Doc. 7). In that motion, the respondents contend that the Court should dismiss Mr. Nguyen's § 2241 habeas petition because United States Immigration and Customs Enforcement released Mr. Nguyen from custody on May 4, 2018, pursuant to an order of supervision. (Doc. 7-1).

On April 4, 2018, Mr. Nguyen filed a petition for writ of habeas corpus seeking his release from custody pending his removal to Vietnam. (Doc. 1). Because Mr. Nguyen has been released on an order of supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral

consequences to avoid mootness doctrine). Accordingly, the Court will dismiss this action.

The Clerk is directed to please mail a copy of this opinion to Mr. Nguyen at the following address: Viet Nguyen, 4004 N. King Hwy, Douglas, Arizona 85607.

DONE this 25th day of June, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE